# Exhibit 3

# DECLARATION OF WELDON MURPHY

I, Weldon Murphy, am a registered voter in Cumberland County, North Carolina, who signed the petition on behalf of Justice For All. I am making this declaration regarding the North Carolina State Board of Election's infringement upon my First and Fourteenth Amendment rights.

I state the following:

1. I signed a petition on behalf of Justice For All.

2. Prior to signing the petition, the circulator explained to me that the general purpose and intent of the petition was to form a political party called Justice For All.

3. Prior to signing the petition, the circulator explained to me that Justice For All embodied the political views of Dr. Cornel West, and that Justice For All sought to nominate candidates, including Dr. West, for the 2024 general election who embodied or otherwise supported Dr. West's political views.

4. I signed the petition to establish Justice For All as a political party of my own free will and volition.

5. I understand that the North Carolina State Board of Elections has denied Justice For All access to the ballot for the 2024 general election.

6. As an American citizen and registered voter in Cumberland County, North Carolina, I feel that my Constitutional rights have been violated and that I am disenfranchised.

7. Being interrogated about my decision to exercise my Constitutional rights and support Justice For All has made me feel even more disenfranchised.

8. I declare, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, that the foregoing is true and correct.

Executed on:

Date 07/22/2024   Signature