**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
**No. 5:24-cv-00420-BO**

| | | |
|---|---|---|
| JOHNNY THOMAS ORTIZ II, JIMMIE GREGORGY ROGERS, JR. and WELDON MURPHY, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **MOTION TO INTERVENE AS PLAINTIFFS** |
| NORTH CAROLINA STATE BOARD OF ELECTIONS, ALAN HIRSCH, in his official capacity as Chair of the North Carolina State Board of Elections, JEFF CARMON III, in his official capacity as Member of the North Carolina State Board of Elections, STACY EGGERS IV, in his official capacity as Member of the North Carolina State Board of Elections, KEVIN N. LEWIS in his official capacity as Member of the North Carolina State Board of Elections, SIOBHAN O'DUFFY MILLEN in her official capacity as Member of the North Carolina State Board of Elections, and KAREN BRINSON BELL, in her official capacity as Executive Director of the North Carolina State Board of Elections, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

Dr. Cornel West, Italo Medelius and the Justice for All Party of North Carolina ("JFA") (collectively, "Proposed Intervenors") seek to participate in the above-captioned lawsuit as plaintiffs who challenge the constitutionality of North Carolina's ballot access requirements as applied to them and enforced by Defendant North Carolina State Board of Elections. As set forth in the accompanying memorandum of law, Proposed Intervenors are entitled to intervene as a matter of right pursuant to Fed. R. Civ. P. 24(a). In the alternative, Proposed Intervenors request

permissive intervention pursuant to Fed. R. Civ. P. 24(b). Proposed Intervenors have conferred, through counsel, with Plaintiffs, and Plaintiff do not object to the requested relief.

In accordance with Rule 24(c), the Proposed Intervenors' Complaint is attached hereto as Exhibit A.

WHEREFORE, Proposed Intervenors request that the Court grant them leave to intervene in the above-captioned matter and to file their Complaint.


Dated: July 29, 2024                    Respectfully submitted,

/s/Christopher R Lusby
Lusby Law PA
2860-A Ward Blvd
Wilson, NC 27893
252-221-3223
www.lusbylaw.com
State Bar No: 52274


Melissa Cowan
More Voter Choice Fund Inc.
8 Mosher Place
West Hurley, NY 12491
845-706-3303
melissa@morevoterchoicefund.org
State Bar Number: 5441860


Oliver B. Hall*
CENTER FOR COMPETITIVE DEMOCRACY
P.O. Box 21090
Washington, D.C. 20009
202-248-9294
oliverhall@competitivedemocracy.org
D.C. Bar No. 976463

*Counsel for Proposed Intervenors*
*Notice of Special Appearance Forthcoming

2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2024, the foregoing document was filed using the Court's CM/ECF system, which will effect service upon all counsel of record.

Dated: <u>July 29, 2024</u>                    <u>/s/Christopher Lusby</u>
                                             Christopher Lusby