UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:24-cv-00420-BO-BM

| | |
|---|---|
| JOHNNY THOMAS ORTIZ, II, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| and ) | |
| ) | **ORDER GRANTING** |
| CORNELL WEST, et al., ) | **MOTION FOR EXTENSION OF TIME** |
| ) | **TO FILE ANSWERS OR OTHERWISE** |
| Intervenor-Plaintiffs, ) | **RESPOND TO PLAINTIFFS' AND** |
| ) | **INTERVENOR-PLAINTIFFS'** |
| v. ) | **COMPLAINTS** |
| ) | |
| NORTH CAROLINA STATE BOARD OF ) | |
| ELECTIONS, et al., ) | |
| ) | |
| Defendants. ) | |

THIS MATTER coming on before the Court on motion of the Defendants, the North Carolina State Board of Elections, Alan Hirsch, Jeff Carmon, III, Siobhan Millen, Stacy Eggers, IV, Kevin Lewis, and Karen Brinson Bell, all named in their official capacities only ("State Board"), for an order to extend the time within which to file an answer or otherwise respond to Plaintiffs' and Plaintiff-Intervenors' Complaints;

It appearing that Plaintiffs and Intervenor-Plaintiffs consent to the motion, and the Court finding that good cause exists to grant the motion;

IT IS HEREBY ORDERED that the Defendants shall answer or otherwise respond to the Complaints no later than December 2, 2024.

So Ordered.

DATED: 9-8-24

*[signature: Terence Boyle]*

The Honorable Terence W. Boyle
United States District Judge