**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

| | |
|---|---|
| JOHNNY THOMAS ORTIZ II; *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS; *et al.*,<br><br>Defendants. | Civil Action No.: 5:24-cv-420-BO |

[PROPOSED] **ORDER**

Plaintiffs Johnny Thomas Ortiz II, Jimmie Gregory Rogers Jr., and Weldon Murphy ("Plaintiffs") and Intervenor-Plaintiffs Dr. Cornel West, Italo Medelius, and North Carolina Justice for All Party ("Intervenor-Plaintiffs") have filed a Joint Consent Motion for Extension of Time to Respond to Defendants' Motion to Dismiss, seeking an extension of time of thirty days, up to and including February 24, 2025, by which to respond to Defendants' motion. Plaintiffs and Intervenor-Plaintiffs moved for an extension prior to the previous deadline of January 23, 2025. All parties consent to the requested extension and additional time is needed to engage in further discussions regarding a potential out-of-court resolution. As such, good cause exists to extend the deadline.

For good cause shown, Plaintiffs and Intervenor-Plaintiffs' motion for extension of time to respond to Defendants' motion to dismiss is GRANTED. The deadline shall be extended by thirty days, and Plaintiffs and Intervenor-Plaintiffs shall have up to and including February 24, 2025 to file a response.

SO ORDERED, this the _____ day of __________, 2025.

________________________________
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE