UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:24-cv-00420-BO-BM

| | |
|---|---|
| JOHNNY THOMAS ORTIZ, II, et al. | )<br>) |
| Plaintiffs, | )<br>) |
| and | )<br>) |
| CORNELL WEST, et al., | )<br>) **ORDER GRANTING**<br>) **SECOND CONSENT**<br>) **MOTION FOR EXTENSION OF TIME** |
| Intervenor-Plaintiffs, | ) **TO RESPOND TO PLAINTIFFS'**<br>) **MOTION FOR ATTORNEYS' FEES** |
| v. | ) **AND COSTS**<br>) |
| NORTH CAROLINA STATE BOARD OF<br>ELECTIONS, et al., | )<br>)<br>) |
| Defendants. | ) |

THIS MATTER comes before the Court on Defendants' second consent motion for an order to extend the time within which to respond to Plaintiffs' Motion for Attorneys' Fees and Costs [D.E. 61]. With that motion, Defendants request an additional thirty (30) days, up to and including February 17, 2025, to respond.

It appearing that Plaintiffs consent to the motion, and the Court finding that good cause exists to grant the motion;

IT IS HEREBY ORDERED that the time within which Defendants are to respond to Plaintiffs' Motion for Attorneys' Fees and Costs [D.E. 61] is extended by an additional thirty (30) days, up to and including February 17, 2025.

SO ORDERED, this the 18 day of March, 2025.

*Terrence Boyle*
The Honorable Terrence W. Boyle
United States District Judge