# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | |
|---|---|
| JOHNNY THOMAS ORTIZ II; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NORTH CAROLINA STATE BOARD OF ELECTIONS; *et al.*, <br><br> Defendants. | Civil Action No.: 5:24-cv-420-BO |

## PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION FOR ATTORNEYS' FEES AND COSTS

Plaintiffs Johnny Thomas Ortiz II, Jimmie Gregory Rogers Jr., and Weldon Murphy ("Plaintiffs"), by and through undersigned counsel, hereby give notice to the Court and the parties that Plaintiffs' Motion for Attorneys' Fees and Costs [D.E. 61] is withdrawn in light of the U.S. Supreme Court's recent opinion in *Lackey v. Stinnie*, 145 S. Ct. 659 (2025). Additionally, Plaintiffs provide notice of their intent to move for summary judgment within sixty (60) days of this filing.

Respectfully submitted, this the 17th day of April 2025.

                                            **NELSON MULLINS RILEY & SCARBOROUGH LLP**
                                            By: /s/ Phillip J. Strach
                                            Phillip J. Strach (NC Bar No. 29456)
                                            Alyssa M. Riggins (NC Bar No. 52366)
                                            Cassie A. Holt (NC Bar No. 56505)
                                            301 Hillsborough Street, Suite 1400
                                            Raleigh, North Carolina 27603
                                            phil.strach@nelsonmullins.com
                                            alyssa.riggins@nelsonmullins.com
                                            cassie.holt@nelsonmullins.com
                                            Telephone: (919) 329-3800
                                            Facsimile: (919) 329-3799
                                            *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Phillip J. Strach, hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will provide electronic notification to counsel of record.

Dated: April 17, 2025.

By: /s/ Phillip J. Strach
Phillip J. Strach (NC Bar No. 29456)