# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| JOHNNY THOMAS ORTIZ II, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 5:24-cv-00420-BO-BM |
| NCSBE, et al., ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

NCSBE, Hirsch, Carmon III, Eggers IV, Lewis, Millen, Bell.

Date: 05/12/2025

/s/ Mary L. Lucasse
*Attorney's signature*

Mary L. Lucasse, NC State Bar No. 39153
*Printed name and bar number*
N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602
*Address*

mlucasse@ncdoj.gov
*E-mail address*

(919) 716-6900
*Telephone number*

(919) 716-6763
*FAX number*