UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:24-cv-00420-BO-BM

| | |
|---|---|
| JOHNNY THOMAS ORTIZ, II, et al. | ) |
| Plaintiffs, | ) |
| and | ) |
| CORNEL WEST, et al., | ) **[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |
| Intervenor-Plaintiffs, | ) |
| v. | ) |
| NORTH CAROLINA STATE BOARD OF ELECTIONS, et al., | ) |
| Defendants. | ) |

THIS MATTER comes before the Court on the motion of the North Carolina State Board of Elections, Francis X. De Luca, Stacy Eggers, IV, Jeff Carmon, Siobhan O'Duffy Millen, Robert Rucho, and Sam Hayes, all named in their official capacities only (collectively "State Board Defendants"), for an order to extend the time within which to respond Plaintiffs' Motion for Summary Judgment [D.E. 81] by fourteen (14) days up to and including July 21, 2025.

It appears that Plaintiffs and Intervenor-Plaintiffs consent to the motion, and the Court finding that good cause exists to grant the motion:

IT IS HEREBY ORDERED that the deadline within which State Board Defendants shall respond to Plaintiffs' Motion for Summary Judgment [D.E. 81] is extended by fourteen (14) days up to and including July 21, 2025.

SO ORDERED, this the ____ day of _____, 2025

_____
United States District Court Judge/Magistrate/Clerk