IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JOHNNY THOMAS ORTIZ II; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NORTH CAROLINA STATE BOARD OF ELECTIONS; *et al.*, <br><br> Defendants. | Civil Action No.: 5:24-cv-420-BO |

## ORDER

Plaintiffs Johnny Thomas Ortiz II, Jimmie Gregory Rogers Jr., and Weldon Murphy ("Plaintiffs") have filed a consent motion to continue the motions hearing currently scheduled for October 2, 2025, seeking a continuance to the week of November 10, 2025. All parties consent to the requested continuance, and additional time is needed to resolve scheduling conflicts for counsel for Plaintiffs. For the reasons set forth in Plaintiffs' motion for continuance, good cause exists to continue the hearing.

For good cause shown, Plaintiffs' motion for continuance is GRANTED. The motions hearing is continued until the week of November 10, 2025, the exact day and time to be noticed at a later date.

SO ORDERED, this the 15 day of Sept., 2025.

Terrence Boyle
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE