UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JOHNNY THOMAS ORTIZ II, JIMMIE GREGORY ROGERS, JR., and WELDON MURPHY, | )<br>)<br>) |
| Plaintiffs, | ) |
| and | ) |
| CORNELL WEST, ITALO MEDLIUS, and NORTH CAROLINA JUSTICE FOR ALL PARTY | )<br>)<br>) |
| Intervenor-Plaintiffs, | ) |
| v. | ) |
| NORTH CAROLINA STATE BOARD OF ELECTIONS, ALAN HIRSH, JEFF CARMON, III, STACY EGGERS, IV, KEVIN N. LEWIS, SIOBHAN O'DUFFY MILLEN, And KAREN BRINSON BELL, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**JUDGMENT**

5:24-CV-420-BO-BM

**Decision by the Court.**

This matter comes before the Court on defendants' motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(l) for lack of jurisdiction [DE 66], plaintiffs' motion for summary judgment [DE 81], and intervenor-plaintiffs' motion for leave to file an amended complaint [DE 90]. Intervenor plaintiffs responded in opposition [DE 73] to defendants' motion to dismiss, and defendants replied [DE 74]. Defendants responded [DE 89] to plaintiff's motion for summary judgment, and plaintiff replied [DE 93]. Defendants responded to intervenor-plaintiffs' motion for leave to amend the complaint [DE 94], and intervenor-plaintiffs replied [DE 95]. The Court also considers defendants' motion to stay [DE 85] and a consent motion to expedite decision on that motion to stay [DE 86]. A hearing was held before the undersigned in Elizabeth City on November 10, 2025.

**IT IS ORDERED, ADJUDGED AND DECREED** that defendants' motion to dismiss [DE 66] is DENIED, plaintiffs' motion for summary judgment [DE 81] is GRANTED, and intervenor-plaintiffs' motion to for leave to amend their complaint [DE 90] is DENIED.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the motion to stay a response to plaintiff's motion for summary judgment [DE 85] and motion to expedite decision on the motion to stay [DE 86] are DENIED as MOOT.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that plaintiffs are entitled to a declaratory judgment. The Court ADJUDGES AND DECLARES that the North Carolina State Board of Elections' 2024 denial of certification to the Justice for All Party was an unconstitutional application of N.C.G.S. § 163-96.

This case is closed.

**This judgment filed and entered on January 23, 2026, and served on:**
Alyssa Riggins (via CM/ECF Notice of Electronic Filing)
Cassie Holt (via CM/ECF Notice of Electronic Filing)
Phillip J. Strach (via CM/ECF Notice of Electronic Filing)
Christopher R. Lusby (via CM/ECF Notice of Electronic Filing)
Oliver B. Hall (via CM/ECF Notice of Electronic Filing)
Mary Lucasse (via CM/ECF Notice of Electronic Filing)
Ryan Charles Grover (via CM/ECF Notice of Electronic Filing)
Terence Steed (via CM/ECF Notice of Electronic Filing)
Mary Carla Babb (via CM/ECF Notice of Electronic Filing)
Nicole Jo Moss (via CM/ECF Notice of Electronic Filing)
David H. Thompson (via CM/ECF Notice of Electronic Filing)
Peter A. Patterson (via CM/ECF Notice of Electronic Filing)
Narendra K. Ghosh (via CM/ECF Notice of Electronic Filing)
Christopher D. Dodge (via CM/ECF Notice of Electronic Filing)
David Robert Fox (via CM/ECF Notice of Electronic Filing)
Samuel Ward-Packard (via CM/ECF Notice of Electronic Filing)
John Ellison Branch, II (via CM/ECF Notice of Electronic Filing)

January 23, 2026

PETER A. MOORE, JR., CLERK

*Lindsay Stouch*
By: Deputy Clerk