IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DISTRICT
No. 5:24-cv-00420-BO-BM

| | |
|---|---|
| JOHNNY THOMAS ORTIZ, II, et al., | )<br>) |
| Plaintiffs, | )<br>) |
| and | ) **NOTICE OF SUBSTITUTION OF**<br>) **COUNSEL** |
| CORNELL WEST, et al., | )<br>) **Local Civil Rule 5.2(c)** |
| Intervenor-Plaintiffs, | )<br>) |
| v. | )<br>) |
| NORTH CAROLINA STATE BOARD<br>OF ELECTIONS, et al., | )<br>)<br>) |
| Defendants. | ) |

NOW COMES Mary W. Scruggs, Special Deputy Attorney General, North Carolina Department of Justice, and hereby enters this Substitution of Counsel for Terence Steed, Special Deputy Attorney General, North Carolina Department of Justice. Terence Steed has accepted a position in another section within the North Carolina Department of Justice, effective January 28, 2026. Ms. Scruggs will represent Defendants North Carolina State Board of Elections, Sam Hayes, Francis X. De Luca, Stacy Eggers, IV, Jeff Carmon, III, Siobhan O'Duffy Millen, and Robert Rucho, sued in their official capacities as Members of the State Board of Elections (collectively, the "State Board Defendants"), in the above-captioned matter going forward. Ms. Scruggs verifies she is aware of and will comply with all pending deadlines in the case, including proceeding with any scheduled trial or hearings. This Notice will be served on all parties.

Ms. Scruggs respectfully requests that, pursuant to Local Civil Rule 5.2(c), the Clerk's Office remove Mr. Steed as counsel in the above-captioned matter and note the appearance of Special Deputy Attorney General Mary W. Scruggs as counsel for State Board Defendants.

Respectfully submitted, this the 6th day of February, 2026.

        NORTH CAROLINA
        DEPARTMENT OF JUSTICE

        /s/ Mary W. Scruggs
        Mary W. Scruggs
        Special Deputy Attorney General
        N.C. Bar No.: 50977
        Email: mscruggs@ncdoj.gov

        North Carolina Department of Justice
        Post Office Box 629
        Raleigh, North Carolina 27602
        Telephone: (919) 716-6806

        /s/ Terence Steed
        Terence Steed
        Special Deputy Attorney General
        N.C. State Bar No. 52809
        Email: tsteed@ncdoj.gov

        North Carolina Department of Justice
        Post Office Box 629
        Raleigh, North Carolina 27602
        Telephone: (919) 716-6567

## CERTIFICATE OF SERVICE

I hereby certify that on this day the forgoing NOTICE OF SUBSTITUTION OF COUNSEL was electronically filed with the Clerk of Court using the CM/ECF system, which serve the same upon all counsel of record in this action.

This the 6th day of February, 2026.

/s/ Mary W. Scruggs
Mary W. Scruggs
Special Deputy Attorney General
