| | | |
|---|---|---|
| JOHNNY THOMAS ORTIZ, II, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| and | ) | Civil Action No. |
| | ) | 5:24-cv-00420-BO-BM |
| CORNELL WEST, et al. | ) | |
| | ) | |
| Intervenor- Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NORTH CAROLINA STATE BOARD | ) | |
| OF ELECTIONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT

Plaintiffs Johnny Thomas Ortiz II, Jimmie Gregory Rogers Jr., and Weldon Murphy ("Plaintiffs") and Defendants the North Carolina State Board of Elections, its Executive Director, and its Members, each in their official capacity ("Defendants") (collectively the "Parties") hereby provide notice of the Settlement of Plaintiffs' demand for attorneys' fees and costs.

1.      Plaintiffs' deadline to file their motion for attorneys' fees and costs is April 23, 2026. *See* ECF 107, Order filed February 27, 2026.

2.      Pursuant to a settlement agreement executed on April 16, 2026, Plaintiffs' demand for attorneys' fees and costs related to the current litigation has been resolved.

3.      The Parties are not aware of any further pending issues or motions before the Court.

Respectively submitted this the 16th day of April, 2026.

| | |
|---|---|
| **NELSON MULLINS RILEY & SCARBOROUGH LLP** | **JEFF JACKSON**<br>**Attorney General** |
| By: /s/ Alyssa M. Riggings | By: /s/ Mary L. Lucasse |
| Phillip J. Strach | Mary L. Lucasse |
| N.C. State Bar No. 29456 | (State Bar No. 39153) |
| Alyssa M. Riggins | Special Deputy Attorney General |
| N.C. State Bar No. 52366 | N.C. Department of Justice |
| Cassie A. Holt | PO Box 629 |
| N.C. State Bar No. 56505 | Raleigh, NC 27602 |
| 301 Hillsborough Street, Suite 1400 | Tel: (919) 716-6567 |
| Raleigh, NC 27603 | Fax: (919) 716-6763 |
| Phone: (919) 329-3800 | mlucasse@ncdoj.gov |
| Fax: (919) 329-3779 | |
| phil.strach@nelsonmullins.com | *Counsel for the State Board Defendants* |
| alyssa.riggins@nelsonmullins.com | |
| cassie.holt@nelsonmullins.com | |

*Counsel for Plaintiffs*